STATE v. BAYNES

No. 192A94

Case below: 114 N.C.App. 165

Petition by Attorney General for writ of supersedeas allowed 16 June 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 16 June 1994. Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

STATE v. CANNADA

No. 227A94

Case below: 114 N.C.App. 552

Petition by plaintiff for writ of supersedeas and motion for temporary stay denied 25 May 1994.

STATE v. CONYERS

No. 174P94

Case below: 114 N.C.App. 267

Notice of appeal by defendant dismissed 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994. Petition by defendant for writ of certiorari to review the denial of motion for appropriate relief denied 16 June 1994.

STATE v. HOOVER

No. 170P94

Case below: 113 N.C.App. 837

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994.